

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6343-CR-ZLOCH

UNITED STATES OF AMERICA

V.                                          MINUTE ORDER

VINCENT HAUGHTON

_____

On December 7, 2000 an indictment was filed against the above defendant.

The defendant not having been arrested and 30 days having passed, this defendant is hereby transferred to fugitive status.

Dated this 6th day of February, 2001 at Fort Lauderdale, Florida.

                                        AT THE DIRECTION OF THE
                                        HONORABLE WILLIAM J. ZLOCH

                                        CLARENCE MADDOX
                                        CLERK

BY: _____
                                        CARLINE T. NEWBY
                                        DEPUTY CLERK

CC: U. S. Attorney